AUSA: Nicholas McInytre Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kenton Weston Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Randy Beasley

Case No.

Case: 2:26−mj−30623
Assigned To : Unassigned
Assign. Date : 10/2/2026
Description: RE: RANDY BEASLEY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 24, 2026 in the county of Wayne in the Eastern District of District, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of Ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Kenton Weston, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 2, 2026

[signature]
*Judge's signature*

City and state: Detroit, MI

Hon. David R. Grand, U.S Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled

substances, hundreds of firearms, dozens of MCDs, and over two hundred and forty arrests.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including reviewing interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Randy BEASLEY (DOB: XX/XX/1982) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of ammunition). Specifically, there is probable cause to believe that BEASLEY, a convicted felon, possessed a Smith & Wesson .38 caliber revolver loaded with six rounds of Hornady .38 Special hollow point ammunition, on September 24, 2026 in the Eastern District of Michigan.

## PROBABLE CAUSE

### Prohibited Status

5. A search of the Law Enforcement Information Network (LEIN) revealed the following felony convictions:

a. 2002 in in Michigan's 3rd Circuit Court BEASLEY was found guilty of one count of attempt receiving/concealing stolen property $1,000 to $20,000.

b. 2007 in Michigan's 3rd Circuit Court BEASLEY pled guilty to assault with intent to murder and carrying or possessing a firearm in the commission of a felony (felony firearm). BEASLY was sentenced to one to ten years of incarceration for the AWIM conviction, and two years of incarceration for the felony firearm conviction.

c. 2015 in Michigan's 12th Cicuit Court BEASLEY was found guilty of felony assault of prison employee. He was sentenced to two to five years of incarceration.

d. 2022 in Michigan's 25th Circuit Court BEASLEY pled guilty to felony indecent exposure by sexually delinquent person. He was sentenced to one to three years of incarceration.

6. BEASLEY is therefore a convicted felon. He has served more than one year of incarceration. I therefore believe that BEASLEY knows that he has been convicted of a crime punishable by more than one year of incarceration.

**Possession of a Firearm**

7. On September 24, 2026, DPD officers were on routine patrol in the area of a gas station located at 19030 Livernois Detroit, MI and observed an individual, later identified as BEASLEY, loitering at the gas station. When DPD officers approached BEASLEY, he began to blade his body and place both of his hands in front of his front waistband. I know through training and experience that these voluntary/involuntary motions are indicators that an individual may be possessing an illicit item to include a firearm.

8. A DPD officer asked BEASLEY if he had a Concealed Pistol License (CPL), BEASLEY refused to answer and fled on foot from the scene. Moments later, BEASLEY was apprehended. BEASLEY struggled with the officers. During the struggle, the officers recovered a loaded Smith and Wesson .38 caliber revolver from his waistband. Eventually, BEASLEY was detained, the revolver was secured, and he was placed in the rear of a marked police car. As a DPD officer was conducting a search of LEIN to verify BEASLEY's CPL status, BEASLEY got out of the police car and ran from officers.

9. Five days later, DPD located BEASLEY at residence in the Eastern District of Michigan. BEASLEY was arrested and transported to the Detroit Detention Center.

10. I reviewed images of the firearm and ammunition recovered from BEASLEY. Image 1 is the Smith and Wesson revolver recovered from his waistband. The firearm was loaded with six rounds of Hornady .38 Special hollow point ammunition (Images 2 and 3). Based on my training and experience, I know that hollow point ammunition is designed to be used against individuals.

Image 01



Image 2




Image 3



**NEXUS**

11. On October 2, 2026, I provided ATF Interstate Nexus expert Kara Klupacs a verbal description of the recovered ammunition. Based on Special Agent Klupacs' training and experience, Hornady ammunition is manufactured outside the state of Michigan. Thus, the ammunition has traveled in and affected interstate or foreign commerce.

## CONCLUSION

12. There is probable cause to believe that Randy BEASLEY knowingly committed violations of 18 U.S.C. §§ 922(g)(1) (Felon in Possession of Ammunition) within the Eastern District of Michigan on September 24, 2026.

Respectfully submitted,

Kenton Weston, Special Agent

Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

Hon. David R. Grand

United States Magistrate Judge

October 2, 2026